# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lacey Anne Sagnella**
        Plaintiff(s)

vs.                       **CASE NUMBER: 5:23-cv-327**

**Kilolo Kijakazi, Acting Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision.

All of the above pursuant to the order of the Honorable **Lawrence E. Kahn**, dated this 12th day of June, 2023.

DATED: June 12, 2023

*[signature]*
Clerk of Court

s/_____
Daniel Krug
Deputy Clerk